1  Diane Babbitt
   FOLEY & MANSFIELD, PLLP
2  999 Third Avenue, Suite 3760
   Seattle, WA 98104
3  Telephone: (206) 456-5360
   dbabbitt@foleymansfield.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CALEB GUTTING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SEA CON LLC,<br><br>　　　　Defendant. | Civil Action No.<br>2:20-cv-00381-RSL-TLF<br><br>**STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINE** |

## STIPULATION

Pursuant to LCR 16(b)(6), Defendant Sea Con, LLC, together with Plaintiff, respectfully requests the Court enter an order continuing the deadline for completion of discovery from February 2, 2021 to February 10, 2021. This brief extension would allow new counsel for Defendant Sea Con, LLC to become familiar with the facts and issues in the case necessary to continue the defense.

///
///
///
///
///
///

STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINE

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

1881698 v1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

| THE LAW OFFICE OF THOMAS G. JARRARD, PLLC | CROTTY & SON LAW FIRM, PLLC |
|---|---|
| By /s/ Thomas G. Jarrard<br>Thomas G. Jarrard, WSBA No. 39774<br>1020 N. Washington<br>Spokane, WA 99201<br>Phone: (425) 239-7290<br>**Counsel for Plaintiff** | By /s/ Matthew Z. Crotty<br>Matthew Z. Crotty, WSBA No. 39284<br>905 West Riverside, Suite 404<br>Spokane, WA 99201<br>Phone: (509) 850-7011<br>**Counsel for Plaintiff** |

FOLEY & MANSFIELD, PLLP

By /s/ Diane C. Babbitt
Diane C. Babbitt, WSBA No. 17956
999 Third Ave., Ste. 3760
Seattle, WA 98104
asbestos-sea@foleymansfield.com
**Counsel for Sea Con, LLC**

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE DEADLINE FOR COMPLETION OF DISCOVERY IS MARCH 2, 2021.

DATED THIS THIRD DAY OF FEBRUARY, 2021

_____
Honorable Theresa L Fricke
U.S. Magistrate Judge

STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINE

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360

1881698 v1