UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CALEB GUTTING,

           Plaintiff,

  v.

SEA CON LLC,

           Defendant.

Case No. C20-0381 RSL-TLF

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and noting the lack of objections, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation; and

(2)    Plaintiff's motion for partial summary judgment (Dkt. 22) is DENIED.

Dated this 2nd day of June, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 1