UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALEB GUTTING,<br><br>    Plaintiff,<br><br>vs.<br><br>SEA CON LLC,<br><br>    Defendant. | NO. 2:20-cv-00381RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Plaintiff Caleb Gutting ("Plaintiff") and Defendant Sea Con LLC ("Sea Con"), by and through their counsel of record, stipulate that all claims against Sea Con may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter.

DATED this 10th day of September, 2021.

| FOLEY & MANSFIELD, PLLP | THE LAW OFFICE OF THOMAS G. JARRARD, PLLC |
|---|---|
| s/ Diane C. Babbitt<br>Diane C. Babbitt, WSBA #17956<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Service-sea@foleymansfield.com<br>Counsel for Sea Con LLC | s/ Thomas G. Jarrard (with authorization)<br>Thomas G. Jarrard, WSBA #39774<br>1020 N. Washington<br>Spokane, WA 99201<br>tjarrard@att.net<br>Counsel for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SEA CON LLC
NO. 32:20-cv-00381-TLF

Page 1

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360

CROTTY & SON LAW FIRM, PLLC

*s/ Matthew Z. Crotty (with authorization)*
Matthew Z. Crotty, WSBA #39284
905 West Riverside, Suite 404
Spokane, WA 99201
matt@crottyandson.com
Counsel for Plaintiff

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulation by the Plaintiff Caleb Gutting and Defendant Sea Con LLC to dismiss all claims against Sea Con LLC with prejudice and without costs or attorney fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All claims against Defendant Sea Con LLC, are hereby dismissed with prejudice and without costs or attorney fees as to any party. The Clerk of Court is directed to close this case.

DONE this 13th day of September, 2021.

_____
United States District Judge

*Presented by:*

FOLEY & MANSFIELD, PLLP

*s/ Diane C. Babbitt*
Diane C. Babbitt, WSBA #17956
999 Third Avenue, Suite 3760
Seattle, WA 98104
Service-sea@foleymansfield.com
Counsel for Sea Con LLC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SEA CON LLC
NO. 32:20-cv-00381-TLF

Page 2

Foley & Mansfield, PLLP
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360